IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFSANEH AZADEH )<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE GOVERNMENT OF THE )<br>ISLAMIC REPUBLIC OF IRAN, )<br>)<br>)<br>and )<br>)<br>THE ARMY OF THE GUARDIANS )<br>OF THE ISLAMIC REVOLUTION )<br>)<br>)<br>Defendants )<br>  ) | Civil Action No.: 16-CV-1467 |

**PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW IN SUPPORT OF HER MOTION FOR DEFAULT JUDGMENT**

## **\*\*FILED UNDER SEAL PENDING COURT'S RULING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL\*\***