**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AFSANEH AZADEH )<br>)<br>)<br>         Plaintiff )<br>                              )<br>     v.                       )<br>                              )<br>THE GOVERNMENT OF THE )<br>ISLAMIC REPUBLIC OF IRAN, )<br>                              )<br>                              )<br>         and                  )<br>                              )<br>THE ARMY OF THE GUARDIANS )<br>OF THE ISLAMIC REVOLUTION )<br>                              )<br>                              )<br>         Defendants )<br>                              ) | Civil Action No.: 16-CV-1467 |

**INDEX OF EXHIBITS TO PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW IN SUPPORT OF HER MOTION FOR DEFAULT JUDGMENT**

| Exhibit 1 | Declaration of Afsaneh Azadeh (June 13, 2017) (*under seal*) |
|---|---|
| Exhibit 2 | Declaration, Translation and Certificate of Shokoufeh Azadeh (May 23, 2017) (*under seal*) |
| Exhibit 3 | Export Report of Hadi Ghaemi (Mar. 31, 2017) |
| Exhibit 4 | Export Report of Stuart Grassian, M.D. (Mar. 17, 2017) (*under seal*) |
| Exhibit 5 | Declaration of Fariba Abdsaleh (May 9, 2017) (*under seal*) |
| Exhibit 6 | Confidential Independent Neuropsychological Evaluation of Afsaneh Azadeh (June 17, 2017) (*under seal*) |
| Exhibit 7 | Declaration of Ray Adams (May 3, 2017) (*under seal*) |
| Exhibit 8 | Declaration of Mahmoud Awad (June 7, 2017) (*under seal*) |
| Exhibit 9 | Offer to Arbitrate (Aug. 3, 2016) |
| Exhibit 10 | Export Report of Juan E. Méndez (Apr. 7, 2017) |
| Exhibit 11 | Letter from Raymond P. Caldiero (June 6, 2017) |
| Exhibit 12 | Economic Loss Report by Jerome Paige & Richard Lockley (June 13, 2017) (*under seal*) |