**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AFSANEH AZADEH           )<br>                                         )<br>                                         )<br>           Plaintiff             )<br>                                         )     Civil Action No.: 16-CV-1467<br>      v.                              )<br>                                         )<br>THE GOVERNMENT OF THE  )<br>ISLAMIC REPUBLIC OF IRAN, )<br>                                         )<br>                                         )<br>      and                          )<br>                                         )<br>THE ARMY OF THE GUARDIANS )<br>OF THE ISLAMIC REVOLUTION )<br>                                         )<br>                                         )<br>           Defendants         )<br>_____) | |

**EXHIBIT 1 TO PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSION
OF LAW IN SUPPORT OF HER MOTION FOR DEFAULT JUDGMENT**

**\*\*FILED UNDER SEAL
PENDING COURT'S RULING ON
PLAINTIFF'S MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL\*\***