**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASFANEH AZADEH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:16-cv-1467 (KBJ) |
| | ) |
| GOVERNMENT OF THE ISLAMIC | ) |
| REPUBLIC OF IRAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's [13] Motion for Default Judgment is **DENIED** without prejudice due to this Court's lack of personal jurisdiction over Defendants. It is

**FURTHER ORDERED** that the Court will **STAY** its consideration of the Magistrate Judge's [27] Report and Recommendation in all other respects, until Plaintiff has established personal jurisdiction over Defendants.

DATE:  July 9, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge