## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFSANEH AZADEH, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE GOVERNMENT OF THE | ) |
| ISLAMIC REPUBLIC OF IRAN, | ) |
| | ) |
| and | ) |
| | ) |
| THE ARMY OF THE GUARDIANS | ) |
| OF THE ISLAMIC REVOLUTION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No.: 16-CV-1467-KBJ-GMH

**PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT**

In accordance with the Court's August 27, 2018 Minute Order, Plaintiff Afsaneh Azadeh, through counsel, hereby respectfully renews her motion for default judgment.

On July 9, 2018, this Court stayed consideration of Magistrate Judge Harvey's Report & Recommendation and denied Plaintiff's motion for default judgment without prejudice.  The Court explained that after Plaintiff re-serves Iran in accordance 28 U.S.C. § 1608(a)(4) it would have the "requisite authority to adopt the remainder of Magistrate Judge Harvey's thorough R&R and enter a default judgment in Azadeh's favor, if appropriate."[1]

---

[1] *See* Mem. Op., ECF No. 35 at 2.

On August 12, 2018, each defendant was properly served with this action pursuant to 28 U.S.C. § 1608(a)(4) of the Foreign Sovereign Immunities Act and each defendant failed to respond to appear.  Return of Service, August 31, 2018, ECF No. 39.  Plaintiff now renews her motion for default judgment and incorporates by reference the proposed findings of fact and motion filed at ECF Nos. 14 and 15.

Dated:  August 31, 2018                           Respectfully submitted,


                                                  /s/ Kirby D. Behre
                                                  Kirby D. Behre (D.C. Bar # 398461)
                                                  Laura G. Ferguson (D.C. Bar #433648)
                                                  Lamia R. Matta (D.C. Bar # 484444)
                                                  MILLER & CHEVALIER CHARTERED
                                                  900 16th Street, NW
                                                  Washington, D.C. 20006
                                                  Tel:    (202) 626-5800
                                                  Fax:    (202) 626-5801
                                                  Email: lferguson@milchev.com
                                                  Email: kbehre@milchev.com
                                                  Email: lmatta@milchev.com

                                                  *Counsel for Plaintiff*